McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:20-cr-00124 DAD-BAM

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| FERNANDO MANJARREZ, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 30, 2020, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

///
///
///
///

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: July 30, 2020                     Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                  United States Attorney

                                  By    /s/ LAURA JEAN BERGER
                                                LAURA JEAN BERGER
                                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:    Jul 30, 2020                                         /s/ Erica P. Grosjean
                                                       ERICA P. GROSJEAN
                                                       U.S. Magistrate Judge