UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>     v.<br><br>FERNANDO MANJARREZ,<br><br>                  Defendant. | CASE NO. 1:20-CR-00124-DAD-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **August 19, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE