ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
FERNANDO JESUS MANJARREZ JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO. 1:20-CR-00124-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | Date; February 14, 2022 |
| FERNANDO JESUS MANJARREZ JR. | Time: 8:30 am<br>Courtroom: 8 |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

This case is set for sentencing on February 14, 2022.  On May 13, 2021, this court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and Aril 17, 2021, addressing COVID-19and the attendant public head advisories.  This court declared judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161 (c) until May 2, 2021.

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By the previous order, this matter was set for sentencing on February 14, 2022.
2. By this stipulation, defendant now moves to continue the sentence to March 14, 2022.
3. The parties agree and stipulate, and request that the Court find the following:
    a) The government does not object to the continuance.
    b) In addition to the public health concerns cited by General Orders 611 and presenting by the evolving COVID-19 pandemic, and ends-of-justice delay is particularly apt in this case because:
        a) Defense attorney began a murder trial in Tulare County on November 29, 2021, which concluded December 23, 2021, which has prevented the defendant from being interviewed by the probation department.
        b) The continuance of sentencing until March 14, 2022, would allow the Defendant to be interviewed and a Presentence Report filed.

**IT IS STIPULATED.**

DATED:     January 3, 2022,     BY:     */s/ Anthony P. Capozzi*_____
                                        ANTHONY P. CAPOZZI, Attorney for
                                        FERNANDO JESUS MANJARREZ JR.

DATED:     January 3, 2022,     BY:     */s/ Laura Jean Berger*_____
                                        LAURA JEAN BERGER
                                        Assistant United States Attorney

## ORDER

Upon the stipulation of the parties, the Sentencing Hearing in this case is continued from February 14, 2022, to March 14, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**January 3, 2022**__             *Dale A. Drozd*
                                  UNITED STATES DISTRICT JUDGE